# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHELLY D. SMITH | § |
| | § Civil Action No. 4:17-CV-753 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| SELECT PORTFOLIO SERVICING INC., | § |
| ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 28, 2018, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Defendants Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Certificate Holders of First Franklin Mortgage Loan Trust Series 2006-FF7, Mortgage Pass-Through Certificates, Series 2006-FF7's Motion to Dismiss (Dkt. #20) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss (Dkt. #20) is **DENIED**.

**SIGNED this 19th day of March, 2018.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE