# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHELLY D. SMITH § | |
| § | Civil Action No. 4:17-CV-753 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SELECT PORTFOLIO SERVICING, INC., § | |
| ET AL. | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 29, 2018, the report of the Magistrate Judge (Dkt. #55) was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. #49) be **DENIED AS MOOT.**

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. #49) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this 14th day of November, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE